UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-mc-00177-FDW

| | |
|---|---|
| WELLS FARGO & COMPANY; AND WELLS FARGO BANK, N.A., THOMAS NEWMAN, JEFFREY MARTIN, & WILLIAM SPITZ, <br><br> Petitioners, <br><br> vs. <br><br> REGHUNNATHAN SARMA, NEBRASKA PARTNERS FUND, LLC, and LINCOLN PARTNERS FUND, LLC, <br><br> Respondents. | ORDER and NOTICE OF HEARING |

THIS MATTER is before the Court on a Motion to Quash Subpoenas filed by Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo Petitioners") on behalf of third-parties Thomas Newman, Jeffrey Martin, and William Spitz (Doc. No. 1).[1] The Court hereby orders Respondents to file any response in opposition to the pending motion no later than Friday, October 9, 2015. Any reply, if necessary, shall be filed no later than Thursday, October 15, 2015.

The Court also finds that a hearing will be helpful in ruling on the pending motion. TAKE NOTICE that a hearing on the pending motion to quash will take place on Tuesday, October 20, 2015, at 1:30 p.m. in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, NC 28202.

IT IS SO ORDERED.

Signed: September 23, 2015

Frank D. Whitney
Chief United States District Judge

---

[1] The Court notes that the body of the motion indicates the three individually-named Petitioners, without reference to the Wells Fargo Petitioners, are moving the Court for relief; however, the docket entry indicates that the motion is "filed by" the Wells Fargo Petitioners. Nevertheless, despite these ambiguities, the Court clearly understands the relief being requested and that Petitioners' counsel represents all Petitioners' interests.